UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 19-10467-RGS

UNITED STATES OF AMERICA

v.

PATRICK J. QUINN

ORDER ON DEFENDANT'S MOTION
FOR JUDGMENT OF ACQUITTAL

May 9, 2022

STEARNS, D.J.

Defendant's motion for a Judgment of Acquittal as a matter of law, *see United States v. Lachman*, 387 F.3d 42, 49 (1st Cir. 2004), is <u>DENIED</u>.[1] The legal issues laid out by defendant in his well-crafted memorandum, Dkt #115, were considered by the court (and ultimately rejected) during the collaboration with the parties over the drafting of the instructions that were presented to the jury.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE

---

[1] I do not understand defendant to press a claim of insufficiency of the evidence under Fed. R. Crim. P. 29(a), nor do I see any basis for such a claim. *See United States v. Olbres*, 61 F.3d 967, 970 (1st Cir. 1995) ("[T]he trial judge must resolve all evidentiary conflicts and credibility questions in the prosecution's favor; and, moreover, as among competing inferences, two or more of which are plausible, the judge must choose the inference that best fits the prosecution's theory of guilt.").